**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| DANA L. ARCENEAUX | CIVIL ACTION NO. 07-1341 |
| VS. | JUDGE MELANÇON |
| COMMISSIONER, SOCIAL SOCIAL SECURITY ADMN. | MAGISTRATE JUDGE METHVIN |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** that Arceneaux's case is **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** at Lafayette, Louisiana this 2nd day of July, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE